**Motion Granted; Abatement Order filed January 3, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00115-CV
_____

**AC PLASTIQUES USA, LLC, Appellant**

**V.**

**JAMES CONSTRUCTION GROUP, LLC, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-72717**

---

## ABATEMENT ORDER

On December 19, 2016, appellant notified this court that the trial court signed an order dismissing appellee James Construction Group's claims against appellant AC Plastiques USA. Appellant requested that the appeal be abated to determine whether this appeal is moot. Appellee does not oppose appellant's motion. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until January 18, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Busby and Brown.